

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2015

No. 04-15-00153-CV

Tina M. Allen **SOUZA**,
Appellant

v.

Heather Clement **TESSMER**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15319
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

The panel has considered Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court